# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147846 & (18)(19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LLOYD ROBERT BRIDGES,
      Defendant-Appellant.

SC: 147846
COA: 312444
Calhoun CC: 2004-000943-FC

_____/

On order of the Court, the application for leave to appeal the September 10, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand and motion for payment of expert fees are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



t1216

Clerk